## MISCELLANEOUS DISMISSALS

**2004–0320. Hoover v. Transcontinental Ins. Co.**
Greene App. No. 2003CA46, 2004-Ohio-72. This cause is pending before the court as an appeal from the Court of Appeals for Greene County. Upon consideration of appellant's application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that oral argument scheduled for February 1, 2005 is cancelled and that this cause be, and hereby is, dismissed.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### February 1, 2005

[Cite as *02/01/2005 Case Announcements,* 2005-Ohio-330.]

## MOTION AND PROCEDURAL RULINGS

**2004–1259. State v. Taylor.**
Madison App. No. CA2003-07-025, 2004-Ohio-3171. This cause is pending before the court as an appeal from the Court of Appeals for Madison County.
IT IS ORDERED by the court, sua sponte, that this cause is held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209.
IT IS FURTHER ORDERED by the court that the briefing schedule remains stayed.

**2004–1325. State v. Chandler.**
Stark App. No. 2003CA00342, 2004-Ohio-3436. This cause is pending before the court as an appeal from the Court of Appeals for Stark County.
IT IS ORDERED by the court that oral argument in this case, currently scheduled for April 27, 2005, is continued until further notice.

**2004–1806. State v. Tucker.**
Stark App. No. 2002CA00389, 2003-Ohio-5421. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellant's motion for relief from judgment,
IT IS ORDERED by the court that the motion be, and hereby is, denied.

**2004–1820. State v. Hedrick.**
Summit App. No. 22336. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On October 28, 2004, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),
IT IS ORDERED by the court, sua sponte, that appellant show cause within 14 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0043. State ex rel. Asti v. Ohio Dept. of Youth Serv.**
Franklin App. No. 03AP–998, 2004-Ohio-6832.